Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEFF TAZI,<br><br>        Plaintiff,<br><br>vs.<br><br>SLS HOTEL; STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC. a California corporation; STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a California Corporation,<br><br>        Defendants. | Case No. 2:12cv-03090-RGK-SS<br><br>[PROPOSED] ORDER RE DISMISSAL<br><br>**Judge:** Hon. Judge Gary Klausner<br>**Ctrm:** 850 |

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

## [PROPOSED] ORDER

The above stipulation is hereby adopted as an order of this Court. The above-captioned lawsuit be and hereby is, dismissed with prejudice in its entirety. The Parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 13TH day of MARCH, 2013.

_____
Honorable Gary Klausner
United States District Court Judge