Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEFF TAZI,<br><br>              Plaintiff,<br><br>vs.<br><br>SLS HOTEL; STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC. a California corporation; STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a California Corporation,<br><br>              Defendants. | Case No. 2:12cv-03090-RGK-SS<br><br>[PROPOSED] ORDER RE DISMISSAL<br><br>Judge:  Hon. Judge Gary Klausner<br>Ctrm:   850 |

## [PROPOSED] ORDER

The above stipulation is hereby adopted as an order of this Court. The above-captioned lawsuit be and hereby is, dismissed with prejudice in its entirety. The Parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 13TH day of MARCH, 2013.

_____
Honorable Gary Klausner
United States District Court Judge